**Victorino CRUZ–MARTINEZ,** Petitioner,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–70329.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Victorino Cruz–Martinez, Eloy Detention Center, Eloy, AZ, for Petitioner.

Cynthia M. Parsons, USPX—Office of the U.S. Attorney, Phoenix, AZ, OIL, Edward C. Durant, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

## MEMORANDUM **

Upon review of the record, we conclude that the questions raised by this petition

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

for review are so insubstantial as not to require further argument. Accordingly, respondent's motion for summary disposition is granted. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard for summary disposition).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

* The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.